# Proposed Report of Distribution

Case: 06-50577  MILETTI, RONALD LOUIS

Report Includes ONLY Claims with a Proposed Distribution

**FILED 2010 JAN 19 PM 2: 28**
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Case Balance: | $2,457.71 | Total Proposed Payment: | $2,457.71 | | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | KATHRYN A. BELFANCE, TRUSTEE <2200-00 Trustee Expenses> | Admin Ch. 7 | 244.92 | 244.92 | 0.00 | 244.92 | 244.92 | 2,212.79 |
| | KATHRYN A. BELFANCE, TRUSTEE <2100-00 Trustee Compensation> | Admin Ch. 7 | 614.43 | 614.43 | 0.00 | 614.43 | 614.43 | 1,598.36 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | 859.35 | 859.35 | 0.00 | 859.35 | 859.35 | |
| 25P | CITY OF AKRON TAXATION DEPT. Claim Memo: REVIEWED CLAIM | Priority | 2,560.16 | 2,560.16 | 0.00 | 2,560.16 | 32.87 | 1,565.49 |
| 35P | OHIO DEPT OF TAXATION BANKRUPTCY DIV Claim Memo: REVIEWED CLAIM | Priority | 46,820.71 | 46,820.71 | 0.00 | 46,820.71 | 601.13 | 964.36 |
| 40P | OHIO BUREAU OF WORKERS' COMPENSATION Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | Priority | 70.00 | 70.00 | 0.00 | 70.00 | 0.90 | 963.46 |
| 41 | OHIO BUREAU OF WORKERS' COMPENSATION Claim Memo: REVIEWED CLAIM- NOT SCHEDULED- PER ORDER DATED 12/26/06 | Priority | 3,751.19 | 3,751.19 | 0.00 | 3,751.19 | 48.16 | 915.30 |
| 43 | OHIO BUREAU OF WORKERS' COMPENSATION Claim Memo: REVIEWED CLAIM. NOT LISTED ON SCHEDULE. SUPPORT DOCUMENTS ATTACHED. | Priority | 14,968.35 | 14,968.35 | 0.00 | 14,968.35 | 192.18 | 723.12 |
| 45 | Internal Revenue Service Claim Memo: REVIEWED CLAIM | Priority | 56,322.67 | 56,322.67 | 0.00 | 56,322.67 | 723.12 | 0.00 |
| **SUBTOTAL FOR PRIORITY** | | | 124,493.08 | 124,493.08 | 0.00 | 124,493.08 | 1,598.36 | |
| | Total for Case 06-50577 : | | $125,352.43 | $125,352.43 | $0.00 | $125,352.43 | $2,457.71 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $859.35 | $859.35 | $0.00 | $859.35 | 100.000000% |
| Total Priority Claims : | $124,493.08 | $124,493.08 | $0.00 | $1,598.36 | 1.283895% |

*ck # 107*
*receipt # 81210*